

FILED

FEB – 8 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23-CR- 19 |
| | § | Judge Mazzant |
| CODY DALE HARRISON | § | |
| | § | |

## INDICTMENT

The United States Grand Jury Charges:

### COUNT ONE

<u>Violation:</u>18 U.S.C. § 922(a)(1)(A)
(Engaging in the Business Without
a License (Firearms))

Beginning in and around March 2021 and continuing through January 2023, in the Eastern District of Texas and elsewhere, the defendant, CODY DALE HARRISON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

<u>Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).</u>

As a result of committing the felony offense alleged in Count One of this Indictment, defendant, CODY DALE HARRISON, shall forfeit to the United States,

pursuant to 18 U.S.C. § 924(d), and 28 U.S.C § 2461(c), **all** firearms and ammunition involved in the offense, including but not limited to the following:

1. a Glock, Model 29, 10mm caliber pistol bearing serial number BSMG327

2. a Glock, Model 17, 9mm caliber pistol bearing serial number BTMK803

3. a Glock, Model 23, .40 caliber pistol bearing serial number AGAT347

4. a HS Produkt, Model XDM Elite, 9mm caliber pistol bearing serial number BA549323

5. a Beretta, 9mm caliber pistol bearing serial number A285601Z

6. a Glock, Model 26, 9mm caliber pistol bearing serial number AGBL713

7. a Taurus, Model PT638 Pro SA, .380 caliber pistol bearing serial number KE083270

8. a Glock, Model 23, .40 caliber pistol bearing serial number KKD048

9. a Glock, Model 19, 9mm caliber pistol bearing serial number AFDP541

10. a Glock, Model 31GEN4, .357 caliber pistol bearing serial number BEXR987

11. an American Tactical Imports, Model Omni Hybrid, .556 caliber pistol bearing serial number NS330668

12. a Palmetto State Armory, Model PSAK47, 7.62 caliber rifle bearing serial number AKU000551

13. a Glock, Model 19, 9mm caliber pistol bearing serial number BSKK627

14. a Glock, Model 17, 9mm caliber pistol bearing serial number AGAC822

15. a Glock, Model 26, 9mm caliber pistol bearing serial number AGKD394

16. an Anderson Manufacturing, Model AM-15, .223 caliber pistol bearing serial number 22063721

17. an Armscor of the Phillipines, Model 1911-A1-FS, .38 caliber pistol bearing serial number RIA2496107

18. a Glock, Model 27, .40 caliber pistol bearing serial number BVLH415

19. a Smith & Wesson, Model M&P 9 Shield, 9mm caliber pistol bearing serial number JHS8927.

Respectfully Submitted,

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
MAUREEN SMITH
Assistant United States Attorney

Date: __2/8/23_____

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA        §
                                §
v.                              §        No. 4:23-CR-19
                                §        Judge Mazzant
CODY DALE HARRISON              §


## NOTICE OF PENALTY

### Count One

Violation:          18 U.S.C. § 922(a)(1)(A)

Penalty:            Imprisonment of not more than five years, a fine not to
                    exceed $250,000, or both; a term of supervised release of not
                    more than three years.

Special Assessment: $ 100.00